JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP G. STEPHENS, | Case No. CV 16-5660-SVW (JPR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEAN BORDERS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 15, 2017

STEPHEN V. WILSON
U.S. DISTRICT JUDGE